**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                                                                          Civil Action No. 1:15-cv-00158-LMB-TCB

JOHN DOE, subscriber assigned IP address
108.56.200.178,

        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 108.56.200.178. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  May 12, 2015

        Respectfully submitted,

        By:  /s/ *William E. Tabot*
        William E. Tabot PC
        9248 Mosby Street
        Manassas, VA 20110-5038
        Phone: 703-530-7075
        Email: wetabotesq@wetlawfirm.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 12, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *William E. Tabot*_____
      William E. Tabot