IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

        Plaintiff,

v.

        Civil Action No. 1:15-cv-00158-LMB-TCB

JOHN DOE, subscriber assigned IP address
108.56.200.178,

        Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE**, Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 108.56.200.178. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 12, 2015

Respectfully submitted,

By: /s/ *William E. Tabot*
William E. Tabot PC
9248 Mosby Street
Manassas, VA 20110-5038
Phone: 703-530-7075
Email: wetabotesq@wetlawfirm.com
*Attorney for Plaintiff*

So Ordered

/s/
Leonie M. Brinkema
United States District Judge
5/13/15